Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000
hayes@hugheshubbard.com

*Attorneys for Defendant Merck & Co., Inc.*

RECEIVED
MAR 26 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLYN S. CROFT,

                              Plaintiffs,

            -against-

MERCK & CO., INC.,

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: _____

**Rule 7.1 Statement**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       March 25, 2008

                          Respectfully submitted,

                          HUGHES HUBBARD & REED LLP

                          By: /s/ Vilia B. Hayes
                              Theodore V. H. Mayer
                              Vilia B. Hayes
                              Robb W. Patryk
                              hayes@hugheshubbard.com

                          One Battery Park Plaza
                          New York, New York 10004-1482
                          (212) 837-6000

                          *Attorneys for Defendant Merck & Co., Inc.*