Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
: 
CAROLYN S. CROFT,             : No.: 08 Civ 3078
                              :
               Plaintiff,     : NOTICE OF MOTION OF
                              : DEFENDANT MERCK & CO., INC.
       -against-              : TO STAY ALL PROCEEDINGS
                              : PENDING A DECISION ON
MERCK & CO., INC.,            : TRANSFER BY THE JUDICIAL
                              : PANEL ON MULTIDISTRICT
               Defendant.     : LITIGATION
                              :
------------------------------ x

PLEASE TAKE NOTICE that, upon Defendant Merck & Co., Inc.'s Notice of Motion, the Declaration of Vilia B. Hayes, and the accompanying Memorandum of Law in Support of Motion to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation, Defendant Merck & Co., Inc. will move this Court before the Honorable George B. Daniels at a date to be set by the Court, in the United States Courthouse for the Southern District of New York, for an Order staying all proceedings pending a decision on the

60255817_1

transfer of this case to the MDL proceeding that has been established in the Eastern District of Louisiana.

Dated: April 3, 2008

                                      Respectfully submitted,

                                      HUGHES HUBBARD & REED LLP

                                      By: /s/ Vilia B. Hayes
                                            Theodore V. H. Mayer
                                            Vilia B. Hayes
                                            Robb W. Patryk

                                      One Battery Park Plaza
                                      New York, New York 10004-1482
                                      (212) 837-6000

                                      *Attorneys for Defendant Merck & Co., Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of April, 2008, I caused a copy of the foregoing NOTICE OF MOTION OF DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, DECLARATION OF VILIA B. HAYES and MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION to be served via first-class mail, postage prepaid, on the following:

    Ronald R. Benjamin, Esq.
    LAW OFFICES OF RONALD R. BENJAMIN
    126 Riverside Drive, P.O. Box 607
    Binghamton, New York 13902

    The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

    Deponent is over the age of 18 years and not a party to this action.

    I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 4, 2008

                                                                   Vilia B. Hayes